# U.S. District Court

## Western District of North Carolina

## Notice of Electronic Filing

The following transaction was entered on 9/3/2012 at 18:23 PM EDT and filed on 9/3/2012
**Case Name:** USA v. Davis et al
**Case Number:** 3:92-cr-00284-FDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER denying [20] Motion to Vacate (2255) as to Adrian Lamont Davis (1)** *Text of Order: Defendant has filed a section 2255 motion, seeking vacation of his convictions or a reduction in sentence, in part relying upon the recent Fourth Circuit decision United States v. Simmons. To the extent Defendant's motion relies upon Simmons, he fails to benefit from Simmons because all his prior felony convictions occurred before 1994 when North Carolina enacted its Structured Sentencing regime. Thus Defendant was subject to terms of imprisonment in excess of one year. As to all other aspects of Defendant's motion, his motion is untimely -- that is not within the one year requirement set by Congress. Therefore Defendant's motion is DENIED. So Ordered.* **(FDW)**
**Civil Case 3:12-cv-00354-FDW closed.**


**3:92-cr-00284-FDW-1 Notice has been electronically mailed to:**

Thomas Norman Cochran    Thomas_Cochran@fd.org, kathryn_phillips@fd.org, larry_c_jones@fd.org

**3:92-cr-00284-FDW-1 Notice will not be electronically mailed to:**

Gretchen C.F. Shappert AUSA
U.S. Attorney's Office
227 W. Trade Street
Suite 1700
Charlotte, NC 28202

Michael Todd Rozelle(Terminated)
Reg. No. 09871-058
COLEMAN US Penitentiary I
Inmate Mail/Parcels
P.O. BOX 1033
COLEMAN, FL 33521

Scott Hadden Gsell
Law Office of Scott Gsell
212 South Tryon Street
Suite 1615
Charlotte, NC 28281

Timothy Lee Fewell(Terminated)
10133-058
LSCI
P.O. Box 999
Butner, NC 27509