# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Adrian Lamont Davis,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE
                                       3:12cv354 & 3:93cr92

vs.

United States of America,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/2/12 Order.

                                              Signed: September 14, 2012

Frank G. Johns, Clerk
United States District Court