# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Adrian Lamont Davis,

        Plaintiff(s),

vs.

United States of America ,

        Defendant(s).

JUDGMENT IN A CIVIL CASE
3:12cv354 & 3:93cr92

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/2/12 Order.

Signed: September 14, 2012

Frank G. Johns, Clerk
United States District Court